

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2019

No. 04-19-00321-CR

Edward **ROCHA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR8265
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file the appellant's brief is granted. We order appellant's counsel, Donald Edwards, to file the brief by November 18, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk